**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LINQ INDUSTRIAL FABRICS, INC.,

    Plaintiff(s),

v.                                          CASE NO.  8:03-CV-528-T-30MAP

INTERTAPE POLYMER CORP., et al.,

    Defendant(s).
_____/

## **ORDER**

THE COURT is in receipt of Special Master Stephen Rubin's letter dated July 19, 2005, entered at Dkt. #98 in this case.  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Clerk is directed to REOPEN this case.

**DONE** and **ORDERED** in Tampa, Florida on July 25, 2005.

                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

F:\Docs\2003\03-cv-528.reopen case.wpd