**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LINQ INDUSTRIAL FABRICS,
INC.,

    Plaintiff(s),

v.                                          Case No: 8:03-CV-528-T-30MAP

INTERTAPE POLYMER CORP.,
et al.,

    Defendant(s).
_____/

## O R D E R

**THIS COURT** appointed Stephen Rubin, Esquire, as the Special Master on September 17, 2004, to make a Report and Recommendations with respect to disputed claim language in the three patents at issue: U.S. Patent Nos. 5,478,154; 5,679,449; and 6,112,772.

The Special Master filed his Report and Recommendations (Dkt. #106) on September 27, 2005. Defendants' filed their Objections (Dkt. #111) to the Report on October 19, 2005, and Plaintiff responded thereto (Dkt. #114) on November 14, 2005.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation of the Special Master on Claim Construction (Dkt. #106) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Defendants' Objections (Dkt. #111) are overruled and the Clerk is directed to terminate same as a pending motion.

3. The parties are directed to conduct a case management conference within the next twenty (20) days and submit to the Court joint proposed dates for bringing this case to a conclusion.

**DONE** and **ORDERED** in Tampa, Florida on November 23, 2005.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

S:\Even\2003\03-cv-528.Special Master adoption.wpd