**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LINQ INDUSTRIAL FABRICS, INC.,

    Plaintiff(s),

v.                                     CASE NO: 8:03-CV-528-T-30MAP

INTERTAPE POLYMER CORP., et al.,

    Defendant(s).
_____/

## **PARTIAL FINAL JUDGMENT**

    THIS CAUSE came before the Court for a jury trial on April 17, 2006. A verdict (Dkt. #184) was rendered on April 26, 2006, in favor of Plaintiff and against Defendants as to liability only. By stipulation of the parties, the jury did not consider damages.

    It is therefore ORDERED AND ADJUDGED that:

    1.     Partial Final Judgment is entered in favor of Plaintiff, LINQ INDUSTRIAL FABRICS, INC., and against Defendants, INTERTAPE POLYMER CORP. and INTERTAPE POLYMER MANAGEMENT CORP as to liability.

    2.     Jurisdiction is reserved as to all other issues.

    3.     The parties are directed to confer as to scheduling and to notify the Court within twenty (20) days of their proposed discovery and trial dates.

    **DONE** and **ORDERED** in Tampa, Florida on May 2, 2006.

                                                            JAMES S. MOODY, JR.
                                                            UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

S:\Even\2003\03-cv-528.partial FJ.wpd