**NOTE: This order is nonprecedential.**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| LINQ INDUSTRIAL FABRICS, INC., | § | |
| Plaintiff-Appellee, | § | |
| v. | § | No. 2006-1496 |
| INTERTAPE POLYMER CORP. and | § | |
| INTERTAPE POLYMER MANAGEMENT CORP., | § | |
| Defendants-Appellants. | § | |

## ORDER

Plaintiff-Appellee LINQ Industrial Fabrics, Inc. ("LINQ") having moved with an unopposed motion to extend the time for filing its Bill of Costs until March 1, 2007, and the Court having considered that unopposed motion, for good cause shown,

IT IS HEREBY ORDERED THAT:

LINQ's unopposed motion is GRANTED.

Dated: March 6, 2007

Jan Horbaly
Clerk/Circuit Executive

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR - 6 2007

JAN HORBALY
CLERK

DSMDB-2222164v01

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): 2006-1496    Caption: LINQ Industrial Fabrics, Inc. v. Intertape Polymer Corp. et al.

The Clerk is requested to tax the following costs against: Intertape Polymer Corp. and Intertape Polymer Management Corp.

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | 6.00 | | |
| Table of Designated Materials (original) | xxxxx | xxxxx | | 0.08 | | |
| Table of Compilation of Designated Materials (copying and collating) | | | | 6.00 | | |
| Brief (original) | xxxxx | | | 6.00 | | |
| Brief (cover and binding) | | xxxxx | | 2.00 | | |
| Brief (copying and collating) | | | | 0.08 | | |
| Appendix (original - table of contents) | xxxxx | | | 6.00 | | |
| Appendix (covers and binding) | | xxxxx | | 2.00 | | |
| Appendix (copying and collating) | | | | 0.08 | | |
| Reply Brief (original) | xxxxx | | | 6.00 | | |
| Reply Brief (covers and binding) | | | | 2.00 | | |
| Reply Brief (copying and collating) | | | | 0.08 | | |
| Other (describe): Stipulated Costs | | | $132.00 | | $132.00 | $132.00 |
| GRAND TOTALS | | | | | | $132.00 |

By: [signature] Date: 3/6/07

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

I, Salvatore P. Tamburo, City/County of _____, District/State of Columbia ) SS, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature]    Date: March 1, 2007    Attorney for: LINQ Industrial Fabrics, Inc. Plaintiff-Appellee

[signature] 3/6/07